# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 29, 2018

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 18-3325
>
> Caption:
> SHEILAR SMITH, et al., on behalf of themselves and all others similarly situated, and on behalf of the OSF plans,
>  Plaintiffs - Appellants
>
> v.
>
> OSF HEALTHCARE SYSTEM, et al.,
> Defendants - Appellees

> District Court No: 3:16-cv-00467-SMY-RJD
> Clerk/Agency Rep Thomas L. Galbraith
> District Judge Staci M. Yandle
>
> Date NOA filed in District Court: 10/26/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)